IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CR-15-26-D ) |
| JERRY L. RECTOR, | ) ) |
| Defendant. | ) |

# ORDER

The matter before the Court is Defendant Jerry L. Rector's *pro* se request for early termination of a five-year term of supervised release, pursuant to 18 U.S.C. § 3583(e)(1). Defendant began serving his term of supervised release on September 11, 2014, and the term will otherwise expire on September 10, 2019. His request for early termination was transmitted to the Court by the United States Probation Office, and is accompanied by information from Defendant's supervising probation officer. The probation officer reports positive efforts by Defendant to be a productive citizen, but recommends that the request be denied at this time. The government concurs in the recommendation that Defendant should remain on supervised release.

A district court has discretionary authority to terminate a term of supervised release and discharge the defendant at any time after expiration of one year of supervision if, after considering certain § 3553 factors, the court is "satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." *See* 18 U.S.C. § 3583(e)(1); *see also Rhodes v. Judiscak*, 676 F.3d 931, 933 (10th Cir. 2012).

Upon consideration of Defendant's request, the Court finds that early termination of Defendant's term of supervised release is not warranted at this time. The Court commends Defendant for the progress that he has made during his period of supervision, and encourages him to continue his positive efforts. The Court finds that Defendant's current request should be denied without prejudice to resubmission at an appropriate time in the future.

IT IS THEREFORE ORDERED that Defendant's request for early termination of supervised release is DENIED, as set forth herein.

IT IS SO ORDERED this 26th day of October, 2016.

TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE